# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **STEPHEN R. JONES, individually and on behalf of similarly situated individuals** | : | **CIVIL ACTION NO. 3:23-cv-00553** |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **FIRST ADVANTAGE BACKGROUND SERVICES, CORP.** | : | |
| Defendant | : | **AUGUST 19, 2025** |

## PLAINTIFF'S MOTION FOR CERTIFICATION OF PARTIAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B)

Plaintiff Stephen R. Jones, respectfully moves pursuant to Fed. R. Civ. P. 54(b) for entry of Partial Judgment on Count One of his Amended Class Action Complaint, ECF No. 27, so that he may take an appeal of this Court's ruling granting summary judgment as to that Count.

For the reasons discussed in the accompanying memorandum of law, this Court should grant Plaintiff's motion.

Respectfully submitted,

By:  */s/ Thomas J. Durkin*
Thomas J. Durkin (ct30371)
Hayber, McKenna & Dinsmore, LLC
750 Main Street, Suite 904
Hartford, Connecticut 06103
Telephone: (860) 522-8888
Fax:        (860) 218-9555
tdurkin@hayberlawfirm.com
Attorney for the Plaintiff

## **CERTIFICATION**

      This is to certify that on this **19th** day of **August 2025**, a copy of the foregoing was filed electronically and served by mil on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      */s/ Thomas J. Durkin*
      Thomas J. Durkin