## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

STEPHEN R. JONES,
    Plaintiff,

v.                                CASE NO. 3:23-CV-00553(KAD)

FIRST ADVANTAGE BACKGROUND SERVICES CORP.,
    Defendant.

## JUDGMENT

This matter came on for consideration of the Defendant's motion for summary judgment before the Honorable Kari A. Dooley, United States District Judge. The Court has considered the full record of the case including applicable principles of law. On August 5, 2025, the Court issued an order granting the Defendant's motion for summary judgment on Count One. On October 31, 2025, an amended complaint was filed voluntarily withdrawing Count Two. It is therefore;

ORDERED, ADJUDGED and DECREED that Judgment is entered in favor of the Defendant as to Count One and the case is closed.

Dated at Bridgeport, Connecticut, this 6th day of November 2025.

                                              DINAH MILTON KINNEY, Clerk
                                              <u>By /s/ Kristen Gould</u>
                                              Kristen Gould
                                              Deputy Clerk

<u>EOD: 11/6/2025</u>